AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Teamsters Local No. 430

V.

North Atlantic Transport

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] Misc. 05-006L

TO: Custodian of Records
Prescott, Chatellier, Fontaine & Wilkinson
Two Charles Street, Providence, RI 02904

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Schedule A.

| PLACE | DATE AND TIME |
|---|---|
| Little Medeiros Kinder Bulman&Whitney, 72 Pine St., Providence, RI | 7/15/05 @ 10:00 AM |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Christopher H. Little ATTY for Plaintiff | 6-30-05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Christopher H. Little, 72 Pine Street, Providence, RI 02903 Tel. 401-272-8080

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 6-30-05 | 2 CHARLES ST PROV RI |

SERVED ON (PRINT NAME): PRESCOTT, CHATELLIER FONTAINE

MANNER OF SERVICE: $41.00 # 4122

SERVED BY (PRINT NAME): JOSEPH KEATING FEDERAL PROCESS SERVER

TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 6-30-05
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

JOSEPH KEATING
41 N. ELMORE AVE.
N. PROVIDENCE, RI 02911

JOSEPH KEATING
41 N. ELMORE AVE.
N. PROVIDENCE, RI 02911