LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC

*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Henry R. Kates *
George H. Rinaldi *
Scott K. Pomeroy
Matthew M. Riordan +
Joseph P. Quinn *
Adam J. Chandler *

John D. Deacon, Jr. *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

* Also admitted in Massachusetts

+ Admitted in New York and Connecticut only

June 1, 2005

VIA FACSIMILE AND REGULAR MAIL

William O'Gara, Esq.
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

**RE: Teamsters Local Union No. 430 v. North Atlantic Transport
Case No. 1:02-CV-1461**

Dear Bill:

We have carefully reviewed the boxes of documents that you provided to us in response to the subpoena duces tecum that was served upon the Custodian of Records of North Atlantic Transport. While there was a substantial amount of volume produced, there are certain categories of materials which have not been made available.

For your records I am restating again certain portions of the subpoena. Your client was to produce:

a. All ledgers produced or used by the Judgment Debtor.

b. All balance sheets produced or used by the Judgment Debtor.

c. All annual, quarterly, and monthly financial statements concerning Judgment Debtor.

d. All documents concerning agreements between the Judgment Debtor and any vendors to the Judgment Debtor.

e. All documents concerning any other corporations or business entities for which any of the Judgment Debtor's officers, directors, board members or

shareholders serve as officers, directors, board members, employees, or consultants.

In this respect we observe that financial statements have not been provided. It is our understanding that Natco/NORAD had complete financial statements prepared by a outside accounting firm. Please produce them.

You also did not produce for us the trial balance for each company for each of the years in issue. That is also within the scope of the request. Please provide it.

While you have provided us with a substantial amount of billing information between Natco and different third parties, we do not have any of the contracts or similar documentation between Natco and any party. In view of the volume of trucking provided for Subaru, for example, it seems likely that there would be something to memorialize its relationship with Natco/ NORAD. Where are the documents? In particular, we are looking for documentation pertaining to delivery of vehicles from the Harrisburg facility. We are requesting that you produce copies of contracts with companies which delivered vehicles in and to the custody of Natco/NORAD at the Quonset Point/Davisville facility.

Finally, the only company for which tax returns was provided was Natco. Please provide us with tax returns for NORAD, NORAD Auto Sales, North Atlantic Auction, North Atlantic Distribution, Inc., Mid-Atlantic Processing, Incorporated, Vehicle Services Group of Rhode Island, Inc. and Miranda Associates LP.

We will be in a position to return the bulk of your documents by early next week. Please get back to me in the next few days with your confirmation as to when the documents demanded here will be made available for our inspection.

Thank you.

Very truly yours,

Christopher H. Little

CHL:med

F:\MED\Teamsters\ltr O'Gara 060105.doc

LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC

72 Pine Street Providence, RI 02903
401-272-8080 Facsimile 401-521-3555

# FACSIMILE COVER SHEET

3 pages (including cover)

**TO:** **William O'Gara, Esq.**
**FAX:** **553-6850**
**DATE:** **June 1, 2005**
**FROM:** **Christopher H. Little**

**RE:** **Teamsters Local Union No. 430 v. North Atlantic Transport**
**Case No. 1:02-CV-1461**

Confidentiality Note:

The facsimile contains privileged and confidential information intended only for the use of the recipient named above. If the reader of this facsimile is not the person, agent or employee of the person named above, you are hereby notified that dissemination or copying of the facsimile is strictly prohibited. If you have received this document in error, please notify sender immediately by telephone and send the facsimile to the above address via US postal service. Thank you.

TRANSMISSION VERIFICATION REPORT

TIME : 06/01/2005 13:09
NAME : LMKBW
FAX : 4015213555
TEL : 4012728080
SER.# : BROA4J226906

| | |
|---|---|
| DATE,TIME | 06/01 13:08 |
| FAX NO./NAME | 5536850 |
| DURATION | 00:00:29 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |