LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC

*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Henry R. Kates *
George H. Rinaldi *
Scott K. Pomeroy
Matthew M. Riordan +
Joseph P. Quinn *
Adam J. Chandler *

John D. Deacon, Jr. *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

* Also admitted in Massachusetts

+ Admitted in New York and Connecticut only

June 8, 2005

**VIA FACSIMILE AND REGULAR MAIL**

William O'Gara, Esq.
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

**RE: Teamsters Local Union No. 430 v. North Atlantic Transport**
**Case No. 1:02-CV-1461**

Dear Bill:

I am writing to supplement my letter to you of June 1, 2005 as to documents that have not been provided that were subject to the subpoena. These include the following:

NORAD 2003 Tax Form 1120S (Federal and RI): missing page 2 to end.
NATCO 1999 MM statements: incomplete copy; missing all even-numbered pages.
NATCO 2000 MM statements: missing May, pages 2 & 4
NATCO 2000 Detail General Ledger: page 543 is illegible.
Missing all 2003 General Ledgers for all companies

Quite a few of the tax returns are missing schedules. Would you make available complete copies of the tax returns? We would appreciate confirmation from you as to when all of these documents will be made available. You should be aware that we will be pursuing action in the federal court to enforce the subpoena if we do not receive something from you quite promptly. We trust that will not be necessary.

Very truly yours,

Christopher H. Little

F:\MED\Teamsters\ltr O'Gara 060705.doc

72 Pine Street Providence, RI 02903 (401) 272-8080 fax (401) 521-3555
43 Thorndike Street Cambridge, MA 02141 (617) 494-8070

www.lmkbw.com

LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC

72 Pine Street Providence, RI 02903
401-272-8080 Facsimile 401-521-3555

# FACSIMILE COVER SHEET

2 pages (including cover)

**TO:** **William O'Gara, Esq.**
**FAX:** **553-6850**
**DATE:** **June 8, 2005**
**FROM:** **Christopher H. Little**

**RE:** **Teamsters Local Union No. 430 v. North Atlantic Transport**
**Case No. 1:02-CV-1461**

Confidentiality Note:

The facsimile contains privileged and confidential information intended only for the use of the recipient named above. If the reader of this facsimile is not the person, agent or employee of the person named above, you are hereby notified that dissemination or copying of the facsimile is strictly prohibited. If you have received this document in error, please notify sender immediately by telephone and send the facsimile to the above address via US postal service. Thank you.

TRANSMISSION VERIFICATION REPORT

TIME : 06/08/2005 16:19
NAME : LMKBW
FAX : 4015213555
TEL : 4012728080
SER.# : BROA4J226906

| | |
|---|---|
| DATE,TIME | 06/08 16:18 |
| FAX NO./NAME | 5536850 |
| DURATION | 00:00:21 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |