UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL NO. 430, | : | |
| PLAINTIFF, | : | |
| V. | : | Misc. 05-006L |
| NORTH ATLANTIC TRANSPORT, | : | |
| DEFENDANT. | : | |

**OBJECTION TO MOTION FOR CONTEMPT AND TO COMPEL COMPLIANCE WITH SUBPOENA**

Defendant objects to the motion for the reasons set forth in the accompanying memorandum.

RESPECTFULLY SUBMITTED,

NORTH ATLANTIC TRANSPORT,

William E. O'Gara, Esq. (#4257)
HOLLAND & KNIGHT, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-751-8500
Fax: 401-553-6850

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true copy of the within document was served by regular first class mail to Christopher H. Little, Esq., Little, Medeiros, Kinder, Bulman & Whitney, PC, 72 Pine Street, Providence, RI 02903 and Matthew Reardon, Esq., Little, Medeiros, Kinder, Bulman & Whitney, PC, 72 Pine Street, Providence, RI 02903. on this 18th day of July, 2005.

Suzy Oliveira



FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION NO. 430<br>Plaintiff | : | |
| v. | : | C.A. No. 05-006L |
| NORTH ATLANTIC TRANSPORT<br>Defendant | : | |

MEMORANDUM IN SUPPORT OF OBJECTION TO MOTION FOR CONTEMPT AND TO COMPEL COMPLIANCE WITH SUBPOENA

Given the tenor of the plaintiff's motion, one would think that North Atlantic Transport ("NATCO") and counsel have ignored the subpoena and refused to produce documents responsive to the subpoena. In reality, the effort to comply with the subpoena has been in good faith and involved the production of thousands of documents including general ledgers, tax returns, contracts, cancelled checks, payroll records, sales records and corporate records. Counsel for NATCO kept counsel for the plaintiff fully apprised of the timing of the document production. A total of eight boxes of documents were delivered to plaintiff's counsel in compliance with the subpoena on April 22, 2005. Additional records were also delivered to plaintiff's counsel on May 2, 2005.

At the time the original documents were produced, plaintiff's counsel agreed to immediately copy the records and return the documents. Because of the number of records produced, counsel requested additional time to arrange for the records to be photocopied. A second informal request was also made by plaintiff's counsel for additional time to copy the records. Again, that request was granted by NATCO's counsel.

Following receipt of the correspondence attached to the motion there were discussions wherein it was agreed that no additional records would be produced while the parties attempted

to resolve the case. While the discussions were ultimately unsuccessful, the contention that the correspondence was "ignored" is completely false.

With respect to the documents related to NATCO – the defendant in this action – the records have been produced. Regarding the request for records related to North Atlantic Distribution Inc., that is a separate corporation and the plaintiff is not entitled to the records.

CONCLUSION

The motion should be denied.

NORTH ATLANTIC TRANSPORT

By its Attorneys,

William E. O'Gara, Esq. (#4257)
HOLLAND & KNIGHT, LLP
One Financial Plaza
Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

CERTIFICATION

I hereby certify that on 18th day of July, 2005, I caused to be served by first class mail, postage prepaid, a true copy of the within to Christopher H. Little, Esq., Little, Medeiros, Kinder, Bulman & Whitney, PC, 72 Pine Street, Providence, RI 02903 and Matthew Reardon, Esq., Little, Medeiros, Kinder, Bulman & Whitney, PC, 72 Pine Street, Providence, RI 02903.

Suzy Olivier

# 3057224_v1