UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO. 05-006 L

TEAMSTER LOCAL UNION NO. 430
Plaintiff,

v.

NORTH ATLANTIC TRANSPORT COMPANY OF RHODE ISLAND
Defendant.

## ENTRY OF APPEARANCE

Now come Bernard A. Jackvony and Richard J. Welch of the law firm Moses Afonso Jackvony, Ltd. and enter their appearance on behalf of Defendant, North Atlantic Transport Company of Rhode Island.

Bernard A. Jackvony (#2302)
Richard J. Welch (#4497)
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, Rhode Island 02903
Ph: (401) 453-3600
Fx: (401) 453-3604

August 15, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15 day of August, 2005, I served a copy of the foregoing Entry of Appearance by first-class mail, postage prepaid upon the below referenced counsel of record:

Christopher H. Little, Esquire
Little Medeiros Kinder Bulman & Whitney
72 Pine Street
5th Floor
Providence, Rhode Island 02903

William O'Gara, Esquire
Holland & Knight, LLP
One Financial Plaza
Suite 1800
Providence, Rhode Island 02903

Max Wistow, Esquire
Wistow & Barylick
61 Weybosset Street
Providence, Rhode Island 02903