**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION NO. 05-006 L**

| | |
|---|---|
| **TEAMSTER LOCAL UNION NO. 430** **Plaintiff,** | ) |
| **v.** | ) |
| **NORTH ATLANTIC TRANSPORT COMPANY OF RHODE ISLAND** **Defendant,** | ) |

RECEIVED
SEP 08 2005
U.S. DISTRICT COURT
DISTRICT OF R.I.

**CONSENT ORDER**

This matter was scheduled for hearing on September 8, 2005 on the Plaintiff's Motion to Compel the Production of Certain Documents and to hold the Defendant in contempt. In light of the Defendant's subsequent compliance with the bulk of the document requests in the subpoena giving rise to the motion, and the Defendant's agreement to produce the documents described below, the parties, by and through counsel, consent that the following Order may enter, resolving the motion before the Court:

Defendant shall produce the following documents on or before the close of business on Monday, September 12, 2005:

1. All even numbered pages of NATCO's 1999 Money Market Statements; and
2. Pages 2 and 4 of NATCO's May 2000 money market statement.

Consented to:

**Teamster Local Union No.430**
**By its attorney,**

[signature]

**Christopher H. Little (#1789)**
**Little Medeiros Kinder**
**Bulman & Whitney PC**
**72 Pine Street**
**Providence, Rhode Island 02903**
**Ph: (401) 272-8080**
**Fx: (401) 521-3555**

**North Atlantic Transport Company**
**of Rhode Island**
**By its attorney,**

[signature]

**Bernard A. Jackvony (#2302)**
**Richard J. Welch (#4497)**
**Moses Afonso Jackvony, Ltd.**
**170 Westminster Street, Suite 201**
**Providence, Rhode Island 02903**
**Ph: (401) 453-3600**
**Fx: (401) 453-3604**

**ENTER:**

David L. Martin
USMJ 9-8-05

**PER ORDER:**

____________________________