UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION NO. 430 Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 05-006 L |
| NORTH ATLANTIC TRANSPORT COMPANY OF RHODE ISLAND Defendant, | ) | |

WITHDRAWAL OF APPEARANCE

The undersigned, Matthew M. Riordan, hereby withdraws his appearance on behalf of Teamsters Local Union No. 430 ("Teamsters") in this matter. The law firm of Little Medeiros Kinder Bulman & Whitney, PC shall continue to represent Teamsters and Christopher H. Little will continue to serve as lead counsel for Teamsters.

TEAMSTERS LOCAL UNION NO. 430
By its Attorneys,
LITTLE, MEDEIROS, KINDER,
BULMAN & WHITNEY, P.C.

Christopher H. Little (#1789)
Matthew M. Riordan (#7205)
72 Pine Street
Providence, RI 02903
TEL. (401) 272-8080
FAX (401) 521-3555

CERTIFICATION

I hereby certify that on this 22nd day of February, 2006 I caused a true copy of the within Withdrawal of Appearance to be mailed to: Bernard A. Jackvony, Esq. and Richard J. Welch, Esq., Moses Afonso Jackvony, Ltd., 170 Westminster Street, Suite 201, Providence, RI 02903

Wendy R Novak