UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL UNION NO. 430,
Plaintiff

v. Misc. 05-006L

NORTH ATLANTIC TRANSPORT
COMPANY OF RHODE ISLAND,
Defendant

**STIPULATION**

This matter may be dismissed with prejudice.

Plaintiff,
Teamsters Local Union No. 430,
By their Attorney,

Christopher H. Little, Esq. (#1789)
Little, Medeiros, Kinder, Bulman &
Whitney
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 521-3555 (fax)

Defendant,
North Atlantic Transport Company
of Rhode Island,
By their Attorney,

Bernard A. Jackvony, Esq. (#2302)
Moses, Afonso & Jackvony
170 Westminster Street
Providence, RI 02903
(401) 453-3600
(401) 453-3604 (fax)